UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:16-CV-81910-DMM**

ROSE CHERUBIN,

       Plaintiff,

vs.

CREDENCE RESOURCE MANAGEMENT, LLC,

       Defendant.
_____/

**JOINT NOTICE OF PENDING SETTLEMENT**

Plaintiff, ROSE CHERUBIN, and Defendant CREDENCE RESOURCE MANAGEMENT, LLC, by and through undersigned counsel, hereby submits this Joint Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Respectfully submitted this 25th day of April, 2017.

| | |
|---|---|
| */s/ Anthony C. Norman* | */s/ Ashley N. Rector* |
| Anthony C. Norman, Esq. | Ashley N. Rector, Esq. |
| Florida Bar No. 112105 | Florida Bar No. 0106605 |
| anthony@fight13.com | arector@sessions.legal |
| LOAN LAWYERS, LLC | SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 2150 S. Andrews Ave, 2nd Floor | 3350 Buschwood Park Dr., Suite 195 |
| Fort Lauderdale, FL 33316 | Tampa, FL 33618 |
| Telephone: (954) 523-4357 | Telephone: (813) 440-5327 |
| Facsimile: (954) 581-2786 | Facsimile: (866) 209-0761 |

*TC-0046*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on April 25, 2017 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically.

Ashley N. Rector, Esq.,
Sessions, Fishman, Nathan & Israel, LLC
3350 Buschwood Park Dr., Suite 195
Tampa, Florida 33618
*Counsel for Defendant*

By: */s/ Anthony C. Norman*
    Anthony C. Norman, Esq.
    Florida Bar No. 112105
    LOAN LAWYERS, LLC

*TC-0046*