UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 9:16-CV-81910-DMM**

ROSE CHERUBIN,

     Plaintiff,

vs.

CREDENCE RESOURCE MANAGEMENT, LLC,

     Defendant.

_____/

**[Proposed] FINAL ORDER OF DISMISSAL WITH PREJUDICE**

This cause having come before the court on the Parties' Joint Stipulation for Final Order of Dismissal [D.E. 19]. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows**:**

1. The Stipulation [D.E. 19] is hereby approved, adopted, and ratified by the Court;
2. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed;
3. The Clerk shall CLOSE this case and DENY any pending motions as moot;
4. As the parties have expressly conditioned the effectiveness of the stipulation on the Court's entry of an order-retaining jurisdiction, the Court will retain jurisdiction solely for the purpose of enforcing the settlement agreement. See Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

**DONE AND ORDERED** in chambers in West Palm Beach, Florida this __ day of _____, 2017.

 

_____
Honorable Donald M. Middlebrooks
United States District Judge

*Copies furnished to:*
Counsels of Record